Kurt F. Vote, # 160496
Mandy L. Jeffcoach, # 232313
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Plaintiff
JAMES M. OLVEY

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| JAMES M. OLVEY, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>ERROTABERE RANCHES, a California partnership, DANIEL D. ERROTABERE, an individual, and JEAN ERROTABERE, an individual,<br><br>    Defendants. | Case No.  1:06-CV-00653-OWW-SMS<br><br>**DISMISSAL OF FIRST, SECOND, THIRD AND FOURTH CAUSES OF ACTION PURSUANT TO RULE 15** |

Pursuant to Federal Rule of Civil Procedure Rule 15, PLAINTIFF JAMES M. OLVEY hereby dismisses the First, Second, Third and Fourth Causes of Action in this Complaint against DEFENDANTS ERROTABERE RANCHES, DANIEL D. ERROTABERE and JEAN ERROTABERE (collectively referred to as "DEFENDANTS") *with prejudice.*

PDF created with pdfFactory trial version www.pdffactory.com

Dated: August 30, 2007                                    Respectfully submitted,

                                                             McCORMICK, BARSTOW, SHEPPARD,
                                                                   WAYTE & CARRUTH LLP

By: s/ Mandy L. Jeffcoach
     Kurt F. Vote
     Mandy L. Jeffcoach
     Attorneys for Plaintiff
     JAMES OLVEY, an Arizona Resident

### **ORDER**

In light of the foregoing and good cause appearing therefor, it is hereby ordered that 1) the First, Second, Third and Fourth Causes of Action are dismissed with prejudice.

DATED:  September 6, 2007.

                                              /s/ OLIVER W. WANGER
                                              Honorable Oliver Wanger
                                              United States District Judge

1133845.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

2

DISMISSAL OF FIRST, SECOND, THIRD AND FOURTH CAUSES OF ACTION PURSUANT TO RULE 15

PDF created with pdfFactory trial version www.pdffactory.com