René Lastreto, II, #100993
Scott J. Ivy, #197681
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
K:\OWW\Stipulations\06cv653.stip.cont.wpd:rp

Attorneys for Defendants ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES M. OLVEY,<br><br>       Plaintiff,<br><br>    v.<br><br>ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual<br><br>       Defendants. | Case No.   1:06-CV-00653-OWW-SMS<br><br>**STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE** |

Defendants ERROTABERE RANCHES, DANIEL D. ERROTABER, and JEAN ERROTABERE ("Defendants") and Plaintiff JAMES M. OLVEY by and through their respective counsel of record, hereby agree as follows:

**RECITALS**

WHEREAS the Pre-trial Conference is currently scheduled for February 25, 2008 at 11:00 a.m. in Courtroom 3;

WHEREAS the Joint Pre-trial Stipulation is currently due on February 15, 2008;

WHEREAS on January 28, 2008 the Motion for Summary Adjudication was taken under submission and the parties are currently waiting for the ruling which will impact the drafting of the joint pre-trial statement;

WHEREAS Defendants counsel has an expert deposition scheduled for February 25, 2008 on a different matter that was only recently set by another party, and which conflict with the currently scheduled date for the Pre-Trial Conference;

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, as follows:

1. The parties respectfully request that the Pre-trial Conference in this matter shall be continued from February 25, 2008 until to March 3, 2008 at 11:00 a.m. in Department 3.

Dated: February ____, 2008       LANG, RICHERT & PATCH, P.C.


                                 By _____
                                    Scott J. Ivy
                                    Attorneys for Defendants

Dated: February ____, 2008       MCCORMICK, BARSTOW, SHEPPARD
                                 WAYTE & CARRUTH


                                 By _____
                                    William Littlewood
                                    Attorneys for Plaintiffs JAMES M. OLVEY

**ORDER**

On the stipulation and agreement of the parties through their attorneys of record and good cause appearing therefore:

IT IS ORDERED that the Pre-trial Conference in this matter shall be continued to March 3, 2008, at 11:00 a.m. in Department 3. The Joint Pre-Trial Statement shall be filed no later than February 25, 2008.

IT IS SO ORDERED.

**Dated:   February 7, 2008**              **/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE