René Lastreto, II, #100993
Scott J. Ivy, #197681
Christy M. Thornton, #247307
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
G:\docs\ATimken\Orders To Be Signed\06cv653.smj.wpd:rp

Attorneys for Defendants ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES M. OLVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual<br><br>    Defendants. | Case No.:  1:06-CV-00653-OWW-SMS<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION AND DENYING SANCTIONS**<br><br>Date:  January 28, 2008<br>Time:  10:00 a.m.<br>Courtroom: 3 |

On January 28, 2007, at 10:00 a.m. in Courtroom 3 of the above-entitled court, The Honorable Oliver W. Wanger presiding, the motion of Defendant JEAN ERROTABERE, an individual ("Defendant") for summary adjudication of Plaintiff's thirteenth cause of action, was heard. Attorneys Scott J. Ivy appeared on behalf of Defendants. Other appearances are as set forth in the record.

After taking the matter under submission, and upon consideration of the written and oral argument and the evidence presented, including all reasonable inferences therefrom, and good cause appearing therefor, as set forth in this Court's Memorandum of Decision dated February 15, 2008 (a true and correct copy of which is attached hereto):

///

1 | Defendant's motion for summary adjudication of the Plaintiff's Thirteenth Cause of Action
2 | is hereby GRANTED.
3 | Defendant's request for sanctions pursuant to 28 U.S.C. 1927 is DENIED.
4 |
5 | IT IS SO ORDERED:
6 |
7 |
8 | Dated: February 28, 2008            /s/ OLIVER W. WANGER
                                        THE HONORABLE OLIVER W. WAGNER