1  Kurt F. Vote, # 160496                                 (SPACE BELOW FOR FILING STAMP ONLY)
   Mandy L. Jeffcoach, # 232313
2  McCORMICK, BARSTOW, SHEPPARD
     WAYTE & CARRUTH LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
5  Facsimile:    (559) 433-2300

6  Attorneys for Plaintiff
   JAMES M. OLVEY

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 JAMES M. OLVEY, an individual,          Case No.  1:06-CV-00653-OWW

12            Plaintiff,                    **STIPULATION RE VARIOUS**
                                            **EVIDENTIARY MATTERS; ORDER**
13     v.                                   **THEREON**

14 ERROTABERE RANCHES, a California
   partnership; DANIEL D. ERROTABERE,
15 an individual; JEAN ERROTABERE, an
   individual,
16
              Defendants.
17

18                              RECITALS

19
            WHEREAS, the undersigned are counsel of record for Plaintiff JAMES M.
20
   OLVEY, an individual ("Plaintiff") and Defendants ERROTABERE RANCHES, a California
21
   partnership, DANIEL D. ERROTABERE, an individual, and JEAN ERROTABERE, an
22
   individual (collectively "Defendants"); and
23
            WHEREAS, the parties have each identified certain potential issues for the trial of
24
   this matter which relate to various evidentiary matters or arguments; and
25
            WHEREAS, the parties desire to streamline the issues to be presented at the trial
26
   of this matter and to reach resolution of potential Motions *in Limine* and other evidentiary or
27
   foundational objections to certain items of potential evidence.
28

---

STIPULATION RE VARIOUS EVIDENTIARY MATTERS

PDF created with pdfFactory trial version www.pdffactory.com

1

2                           STIPULATION

3          The parties hereby agree and stipulate as follows:

4          1.      Neither Plaintiff nor Defendants nor their counsel nor any witnesses called

5  by any of the parties to this proceeding shall mention, argue, discuss, testify regarding, or allude

6  in any way in the presence of the jury to:

7                  a.      Other litigation involving Plaintiff or O&A;

8                  b.      The size of McCormick Barstow LLP and/or the number of

9  attorneys that have been involved in representing Plaintiff in this case;

10                 c.      The relative wealth of the parties; and

11                 d.      Other litigation involving any of the Defendants.

12         2.      All non-party witnesses shall be excluded from the courtroom before they

13 testify and are excused as witnesses.

14 Dated: March 13, 2008                          Respectfully submitted,

15                                        McCORMICK, BARSTOW, SHEPPARD
                                          WAYTE & CARRUTH LLP
16

17                                        By: _____/s/_____
                                                       Kurt Vote
18                                              William Littlewood
                                              Attorneys for Plaintiff
19                                             JAMES M. OLVEY

20 Dated:  March 13, 2008                         Respectfully submitted,

21                                        LANG, RICHERT & PATCH

22

23                                        By:_____/s/_____
                                                       Scott J. Ivy
24                                        Attorneys for Defendants ERROTABERE
                                          RANCHES, DANIEL D. ERROTABERE and
25                                               JEAN ERROTABERE

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1

<u>ORDER</u>

2

Good cause appearing, IT IS ORDERED as stipulated above.

3

4

Dated:  March 14, 2008

5

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
Judge of the United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1201844.v1

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

3

STIPULATION RE VARIOUS EVIDENTIARY MATTERS

PDF created with pdfFactory trial version www.pdffactory.com