Kurt F. Vote, # 160496  (SPACE BELOW FOR FILING STAMP ONLY)
Mandy L. Jeffcoach, # 232313
McCORMICK, BARSTOW, SHEPPARD
   WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff
JAMES M. OLVEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JAMES M. OLVEY, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE, an individual; JEAN ERROTABERE, an individual,<br><br>            Defendants. | Case No. 1:06-CV-00653-OWW<br><br>**STIPULATION RE SCOPE OF IMPEACHMENT AND WITHDRAWN CLAIMS; ORDER THEREON** |

RECITALS

WHEREAS, the undersigned are counsel of record for Plaintiff JAMES M. OLVEY, an individual ("Plaintiff") and Defendants ERROTABERE RANCHES, a California partnership, DANIEL D. ERROTABERE, an individual, and JEAN ERROTABERE, an individual (collectively "Defendants"); and

WHEREAS, the parties have each identified certain potential issues for the trial of this matter which relate to (a) the filing, maintenance, and ultimate of dismissal by Plaintiff of the First through Fourth claims for relief in the Complaint and (b) the scope of impeachment evidence which may be offered regarding certain disputed items related to the testimony of Plaintiff; and

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties desire to streamline the issues to be presented at the trial of this matter and to reach resolution of potential Motions *in Limine* and other evidentiary or foundational objections to certain items of potential evidence.

## STIPULATION

The parties hereby agree and stipulate as follows:

1. Neither Plaintiff nor Defendants nor their counsel nor any witnesses called by any of the parties to this proceeding shall mention, argue, discuss, testify regarding, or allude in any way in the presence of the jury to the filing, maintenance or dismissal of the First through Fourth claims for relief in the Complaint on file herein nor any of the factual bases or legal allegations underlying same.

2. Neither Plaintiff nor Defendants nor their counsel nor any witnesses called by any of the parties to this proceeding shall mention, argue, discuss, testify regarding, or allude in any way in the presence of the jury to the adequacy of the disclosures by Defendants or any alleged discrepancies or misrepresentations or acts of concealment regarding the Crescent Canal stock, the alleged purchase price discrepancy regarding Plaintiff's parcel, the alleged failure to disclose the true purchase price of Plaintiff's parcel of property, or any other factual claims which underlie the now-dismissed First through Fourth claims for relief in the Complaint.

3. Defendants and their counsel shall be permitted to, but are not required to, introduce evidence of any or all of the following sworn statements by Plaintiff concerning Plaintiff's alleged receipt of the Purchase Agreement between Defendants and the Borbas on or about April 7, 2005: Plaintiff's deposition, 99:23 – 100:3 (Exhibit JX25); 100:25 – 101:1 (Exhibit JX26); 101:14-19 (Exhibit JX27); 108:12-16 (Exhibit JX28); and 203:16-19 (with objection at 203:18 redacted) (Exhibit JX31);

PDF created with pdfFactory trial version www.pdffactory.com

4.  Defendants and their counsel shall be permitted to, but are not required to, introduce evidence of any or all of the following sworn statements by Plaintiff concerning Plaintiff's actual receipt of the Purchase Agreement between Defendants and the Borbas on or about March 30, 2005: Plaintiff's Supplemental Responses to Defendants' Requests for Admission Nos. 13 (Exhibit JX19) and 14 (Exhibit JX20) and Plaintiff's deposition 174:1-3 (Exhibit JX29) and 174:17-24 (Exhibit JX30);

5.  Except as expressly set forth in paragraphs 3 and 4, above, neither Defendants nor their counsel nor any witnesses called by Defendants shall mention, argue, discuss, testify regarding, or allude in any way in the presence of the jury to any other sworn or unsworn statements or claims by Plaintiff concerning his alleged receipt of the Purchase Agreement between the Defendants and the Borbas on or about April 7, 2005 or his actual receipt of the Purchase Agreement between the Defendants and the Borbas on or about March 30, 2005;

6.  Defendants withdraw their proposed Exhibit 26 as identified in the parties' Joint Pre-Trial Conference Statement, which was a cassette tape of a voicemail left by Plaintiff for one or more of Defendants on or about March 30, 2005, and neither Defendants nor their counsel nor any witnesses called by any of the parties to this proceeding shall mention, argue, discuss, testify regarding, or allude in any way in the presence of the jury to said voicemail message or the contents or tone thereof - except as expressly provided for herein;

7.  The parties agree that a redacted version of Defendants' Exhibit 27 as identified in the parties' Joint Pre-Trial Conference Statement shall be admissible in evidence, with the redacted version including only the underlined portions of the document;

8.  Plaintiff withdraws the following documents marked as Plaintiff's Exhibits in the parties' Joint Pre-Trial Conference Statement: Exhibits 10, 17, 22, 26, 27, 28, 29, 30, 31, 33, 35, 37 and 39; and

9. Defendants have indicated that they intend to argue or introduce evidence to suggest that Plaintiff's Supplemental Responses to Defendants' Requests for Admission Nos. 13 (Exhibit JX19) and 14 (Exhibit JX20) were provided after Defendants obtained Plaintiff's telephone records in discovery. Plaintiff will file and serve a Motion *in Limine* objecting to Defendants' argument or evidence in this respect.

Dated: March 13, 2008

Respectfully submitted,

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By: _____/s/_____
Kurt Vote
William Littlewood
Attorneys for Plaintiff
JAMES M. OLVEY

Dated: March 13, 2008

Respectfully submitted,

LANG, RICHERT & PATCH

By:_____/s/_____
Scott J. Ivy
Attorneys for Defendants ERROTABERE
RANCHES, DANIEL D. ERROTABERE and
JEAN ERROTABERE

ORDER

Good cause appearing, IT IS ORDERED as stipulated above.

Dated: March 14, 2008

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
Judge of the United States District Court

1199206.v1

PDF created with pdfFactory trial version www.pdffactory.com