René Lastreto, II, #100993
Scott J. Ivy, #197681
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
K:\OWW\Stipulations\06cv653.stip.excl.test:rp

Attorneys for Defendants ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES M. OLVEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual<br><br>　　　　Defendants. | Case No.　　1:06-CV-00653-OWW-SMS<br><br>**STIPULATION RE EXCLUSION OF EVIDENCE TESTIMONY OR ARGUMENT REGARDING ALLEGED DAMAGE TO AGRICULTURAL WELL** |

### **RECITALS**

WHEREAS, the undersigned are counsel of record for Plaintiff JAMES M. OLVEY, an individual ("Plaintiff") and Defendants ERROTABERE RANCHES, a California partnership, DANIEL D. ERROTABERE, an individual, and JEAN ERROTABERE, an individual (collectively "Defendants"); and

WHEREAS, the parties desire to streamline the issues to be presented at the trial of this matter and to reach resolution of potential Motions *in Limine* and other evidentiary of foundational objections to certain items of potential evidence.

///

///

///

# STIPULATION

The parties hereby agree and stipulate as follows:

1. Neither Plaintiff nor Defendants nor their counsel nor any witnesses called by any of the parties to this proceedings shall mention, argue, discuss, testify regarding, or allude in any way in the presence of the jury to the purported cause or causes of any alleged damage to the well, pump, engine, gear head, and/or well hole for which Plaintiff is seeking to recover damages in this action other than lay testimony or documentary evidence of the following facts regarding the agricultural well: (1) the Borbas' ownership, use and maintenance of the pump, engine, gear head, and/or well; (2) the Borbas' repairs in 2004 as referenced in Plaintiff's Exhibit 111; (3) Defendants' use and maintenance of the pump, engine, gear head, and/or well; (4) percipient testimony limited to the actual physical condition of the well, pump, engine, gear head, and/or well hole after Plaintiff purchased the property; and (5) Plaintiff's ownership, use, maintenance and/or repair (including repairs made by Plaintiff's agents, farm manager or outside vendors but with no evidence, testimony or argument concerning the cause of damage or need for repair) of the pump, engine, gear head, and/or well. In the event the Court denies Defendants' Motion in Limine to exclude providing Res Ispa instruction, this stipulation shall not preclude either party from arguing the applicability or non-applicability of the Res Ispa instruction given the evidence presented.

Respectfully Submitted,

Dated: March ____, 2008        LANG, RICHERT & PATCH, P.C.


By: /S/_____
    Scott J. Ivy
    Attorneys for Defendants

Dated: March ____, 2008        MCCORMICK, BARSTOW, SHEPPARD
                                WAYTE & CARRUTH


By /S/_____
    Kurt F. Vote
    Attorneys for Plaintiffs JAMES M. OLVEY

**ORDER**

Good cause appearing, IT IS SO ORDERED.

**Dated:   March 24, 2008**                      **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE