1  René Lastreto, II, #100993
   Scott J. Ivy, #197681
2  Lang, Richert & Patch
   Post Office Box 40012
3  Fresno, California 93755-0012
   (559) 228-6700 Phone
4  (559) 228-6727 Fax
   K:\OWW\Stipulations\06cv653.stip.exclusion.wpd:rp
5
   Attorneys for Defendants ERROTABERE RANCHES, a California partnership; DANIEL D.
6      ERROTABERE; an individual; JEAN ERROTABERE, an individual

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10                 FRESNO DIVISION

11 JAMES M. OLVEY,                          Case No.      1:06-CV-00653-OWW-SMS

12         Plaintiff,
                                            **STIPULATION RE EXCLUSION OF
13                                          EVIDENCE TESTIMONY OR
                                            ARGUMENT REGARDING ALLEGED
14     v.                                   PAYMENT OF UNDISPUTED AMOUNTS**

15 ERROTABERE RANCHES, a California
   partnership; DANIEL D. ERROTABERE; an
16 individual; JEAN ERROTABERE, an individual

17         Defendants.

18                  **RECITALS**

19     WHEREAS, the undersigned are counsel of record for Plaintiff JAMES M. OLVEY, an

20 individual ("Plaintiff") and Defendants ERROTABERE RANCHES, a California partnership,

21 DANIEL D. ERROTABERE, an individual, and JEAN ERROTABERE, an individual (collectively

22 "Defendants"); and

23     WHEREAS, the parties desire to streamline the issues to be presented at the trial of this

24 matter and to reach resolution of potential Motions *in Limine* and other evidentiary of foundational

25 objections to certain items of potential evidence.

26 ///

27 ///

28 ///

STIPULATION AND [PROPOSED] ORDER          -1-

1

## STIPULATION

2      The parties hereby agree and stipulate as follows:

3      1.      Neither Plaintiff nor Defendants nor their counsel nor any witnesses called by any of

4  the parties to this proceedings shall mention, argue, discuss, testify regarding, or allude in any way

5  in the presence of the jury regarding Plaintiff's payment of undisputed amounts owed to Defendants

6  which are not the subject of the Complaint  nor raised in the Answer as a defense or set-off.

7

8                                          Respectfully Submitted,

9  Dated: March ____, 2008               LANG, RICHERT & PATCH, P.C.

10

11                                         By /S/ _____
                                                 Scott J. Ivy
12                                               Attorneys for Defendants

13
   Dated: March ____, 2008               MCCORMICK, BARSTOW, SHEPPARD
14                                              WAYTE & CARRUTH

15

16                                         By /S/ _____
                                                 Kurt F. Vote
17                                               Attorneys for Plaintiffs JAMES M. OLVEY

18

19

20

21                                         **ORDER**

22      Good cause appearing,
   IT IS SO ORDERED.
23
   **Dated:   March 24, 2008**              _____/s/ Oliver W. Wanger_____
24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28