**FILED**

**JUDGMENT ENTERED**

4·7·08

**Date**

by _____ **A. Timken** _____

**Deputy Clerk**

**U.S. District Court**
**Eastern District of California**
__**XX**____ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

JAMES M. OLVEY,

          Plaintiff,

**PARTIAL JUDGMENT IN A CIVIL
ACTION ON JURY VERDICTS**

    vs.

1:06-CV-00653 OWW/SMS

ERROTABERE RANCHES, a california
partnership; DANIEL D. ERROTABERE,
an individual; JEAN ERROTABERE, an
individual,

          Defendant.

_____/

          JURY VERDICT: This action came before the Court for a
trial by jury. The issues have been tried and the jury has rendered
its verdict.

          IT IS HEREBY ORDERED AND ADJUDGED Plaintiff shall
recover from Defendants Errotabere Ranches, a California partnership;
Daniel D. Errotabere, an individual; Jean Errotabere, an individual
and each of them the sum of $53,125 according to the verdicts of trial
jury, a copy of which is attached marked exhibit A and by this
reference incorporated; FURTHER ORDERED that plaintiff shall recover
his costs of suit.

DATED:

VICTORIA C. MINOR, Clerk

/S/ Alice Timken

By:

Deputy Clerk

jgm.civ
2/1/95

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES M. OLVEY, an individual, | ) | 1:06-cv-0653 OWW CCC |
| | ) | |
| Plaintiff, | ) | VERDICTS OF TRIAL JURY |
| | ) | |
| v. | ) | |
| | ) | |
| ERROTABERE RANCHES, a California | ) | |
| partnership; DANIEL D. | ) | |
| ERROTABERE, an individual; JEAN | ) | |
| ERROTABERE, an individual, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

We, the jury, having considered the evidence in the above-entitled action, answer the questions submitted to us as follows:

1

Exhibit A

1 | <u>Domestic Well</u>

2 |      Question 1:   Did Plaintiff James M. Olvey ("Plaintiff") and
3 | Defendants Errotabere Ranches, a California partnership, Daniel
4 | D. Errotabere, an individual, and Jean Errotabere, an individual,
5 | enter into a contract for the purchase of property by Plaintiff
6 | with the understanding that the property would include a domestic
7 | well?

9 |                Yes_____                No ___✕___

20 |      If your answer to Question 1 is yes, answer Question 2.   If
21 | you answered no, answer Question 6.

2

1   Question 2:  Did Plaintiff do all, or substantially all, of

2 the things that the contract required him to do?

3

4   Yes_____   No_____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   If your answer to Question 2 is yes, answer Question 3.  If

21 you answered no, answer Question 6.

22

23

24

25

26

27

28

3

1    Question 3:  Did Defendants breach the contract because
2    there was no domestic water well and pump on the real property?

4              Yes_____              No_____

20    If your answer to Question 3 is yes, answer Question 4.  If
21    you answered no, answer Question 6.

4

1    Question 4:   Did Defendants' failure to provide a domestic
2   water well and pump on the real property result in damage to
3   Plaintiff?

5                  Yes_____              No_____

20    If your answer to Question 4 is yes, answer Question 5.   If
21   you answered no, answer Question 6.

5

Question 5:   What is the amount of Plaintiff's damages?

$_____

Answer the next Question.

6

1  Domestic Water Contract     *No Verdict*

2       Question 6:  Did Defendants contract to provide domestic

3  water to Plaintiff's property?

4

5                    Yes ___        No ___

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20       If your answer to Question 6 is yes, answer Question 7.  If

21  you answered no, answer Question 13.

22

23

24

25

26

27

28

7

Question 7:   Did Plaintiff do all of the things that the contract required him to do?

Yes_____            No_____

If your answer to Question 7 is yes, answer Question 8.   If you answered no, answer Question 13.

8

1    Question 8:   Did Defendants breach the contract by failing
2  to provide domestic water by shutting off the water supply to the
3  real property?

4

5                    Yes_____              No_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20    If you answered Question 8 yes, answer Question 9.   If you
21  answered no, answer Question 13.

22

23

24

25

26

27

28

9

1    Question 9:   Was Plaintiff damaged by the Defendants'
2  shutting off the domestic water supply to his property?
3
4                    Yes_____              No_____
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20    If your answer to Question 9 is yes, answer Question 10.   If
21  you answered no, answer Question 13.
22
23
24
25
26
27
28

10

Question 10:   What are Plaintiff's damages?

$_____

If you find any amount, answer Question 11.  If you find
zero damages, answer Question 13.

1      Question 11:  Did Plaintiff fail to use reasonable efforts
2  to mitigate his damages?

4              Yes_____              No_____

20      If your answer to Question 11 is yes, answer Question 12.
21  If you answered no, answer Question 13.

12

1        Question 12:   What is the amount by which Plaintiff could
2   have mitigated his damages?
3
4                   $_____
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20      Answer Question 13.
21
22
23
24
25
26
27
28

13

1 | **Land Rent**

2 |     Question 13:  Did Plaintiff and Defendants enter into a

3 | contract for the rental by Defendants of Plaintiff's property,

4 | for Defendants to grow a wheat crop?

5 |

6 |                     Yes__✗__                No_____

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |     If your answer to Question 13 is yes, answer Question 14.

21 | If you answered no, answer Question 19.

22 |

23 |

24 |

25 |

26 |

27 |

28 |

14

1        Question 14:  Did Plaintiff do all of the things that the

2    contract required him to do?

3

4                    Yes___ X___            No_____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20        If your answer to Question 14 is yes, answer Question 15.

21    If you answered no, answer Question 19.

22

23

24

25

26

27

28

15

1    Question 15:   Did Defendants breach the contract by failing
2    to pay the agreed land rent?

4    Yes____          No____

20    If your answer to Question 15 is yes, answer Question 16.
21    If you answered no, answer Question 19.

16

1        Question 16:   What are Plaintiff's damages that resulted

2    from Defendants' breach of the parties' land rent contract?

3

4                        $  24,025 00

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20        Answer Question 17.

21

22

23

24

25

26

27

28

                                 17

1      Question 17:  Did Plaintiff fail to use reasonable efforts
2  to mitigate his damages?

4              Yes_____              No__✗__

20      If your answer to Question 17 is yes, answer Question 18.
21  If you answered no, answer Question 19.

18

Question 18:   What is the amount by which Plaintiff failed
to mitigate his damages?

$\underline{\hspace{3cm}}

Answer Question 19.

19

1 | <u>Agricultural Well Water</u>

2 |     Question 19:  Did Plaintiff and Defendants enter into a
3 | contract for Defendants to pay for the use of water after close
4 | of escrow from Plaintiff's ag well on any field other than the
5 | wheat field?

6 |

7 |                     Yes_____                  No_ X

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |     If your answer to Question 19 is yes, answer Question 20.
21 | If you answered no, answer Question 23.

22 |

23 |

24 |

25 |

26 |

27 |

28 |

20

Question 20:  Did Plaintiff do all of the things that the contract required him to do?

Yes_____                    No_____

If your answer to Question 20 is yes, answer Question 21. If you answered no, answer Question 23.

21

1     Question 21:  Did Defendants breach the contract by failing
2   to pay for the excess water used?

4                  Yes_____              No_____

20      If your answer to Question 21 is yes, answer Question 22.
21   If you answered no, answer Question 23.

1    Question 22:   What are Plaintiff's damages resulting from
2  Defendants' breach of the parties' contract?

3

4                    $_____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20    Answer Question 23.

21

22

23

24

25

26

27

28

23

1  <u>Seed Contracts</u>

2       Question 23:  Did Plaintiff and Defendants enter into a

3  contract for the sale by Plaintiff and the purchase by Defendants

4  of seed?

5

6

7       23a:  OA-353 seed (2004)

8

9                  Yes_____          No__✓__

10

11      23b:  OA-249 seed (2003)

12

13                 Yes_____          No__✓__

14

15      23c:  OA-265 BR (2003)

16

17                 Yes_____          No__✓__

18

19      If you answered any Question in Question 23 yes, answer

20  Question 24.  If you answered all questions in Question 23 no,

21  answer Question 29.

22

23

24

25

26

27

28

                          24

1    Question 24:   Did Plaintiff do all of the things that the

2  contract required him to do?

3

4                24a:   OA-353 (2004)

5                        Yes_____                No_____

6

7                24b:   OA-249 (2003)

8                        Yes_____                No_____

9

10                24c:   OA-265 BR (2003)

11                        Yes_____                No_____

12

13

14

15

16

17

18

19

20

21

22

23    If you answered Question 24 yes to any question, answer

24  Question 25.   If you answered no to all questions in Question 24,

25  answer Question 29.

26

27

28

25

1    Question No. 25:  Did Defendant(s) breach the contract by
2  failing to pay Plaintiff for the seed delivered to Defendants?

3

4    25a:  OA-353 (2004)    Yes_____         No_____

5

6    25b:  OA-249 (2003)    Yes_____         No_____

7

8    25c:  OA-265 BR (2003)  Yes_____        No_____

9

10

11

12

13

14

15

16

17

18

19

20    If you answered Question 25 yes, as to any question, then
21  answer Question 26.  If you answered Question 25 no as to all
22  questions, then answer Question 29.

23

24

25

26

27

28

26

1          Question 26:   Did Plaintiff's known damage occur before May

2     26, 2004?

3

4          26a:   OA-353 seed (2004)

5                         Yes_____              No_____

6

7          27b:   OA-249 seed (2003)

8                         Yes_____              No_____

9

10         27c:   OA-265-BR seed (2003)

11                        Yes_____              No_____

12

13

14

15

16

17

18

19

20

21

22

23         If your answer to any question in Question 26 is yes, answer

24    Question 29.   If you answered all questions in Question 26 no,

25    answer Question 27.

26

27

28

27

Question 27:   Was Plaintiff damaged by the failure of Defendants to pay for the seed delivered to Defendants?

27a: OA-353 (2004)      Yes_____           No_____

27b: OA-249 (2003)      Yes_____           No_____

27c: OA-265 BR (2003)   Yes_____           No_____

If your answer to any question in Question 27 is yes, answer Question 28.   If you answered all questions in Question 27 no, answer Question 29.

28

1        Question 28:   What are the amount of damages caused to

2   Plaintiff by any Defendants' failure to pay for any seed

3   delivered to Defendants?

4

5             28a: (2003 Seed Sale)     $_____

6

7             28b: (2004 Seed Sale)     $_____

8

9

10

11

12

13

14

15

16

17

18

19

20      Answer Question 29.

21

22

23

24

25

26

27

28

29

1  <u>Account Stated</u>

2      Question 29:  Did Defendants owe Plaintiff money from a

3  previous financial transaction, i.e., the purchase of seed

4  delivered to Defendants?

6          Yes  X                No_____

20      If your answer to Question 29 is yes, answer Question 30.

21  If your answer to Question 29 is no, answer Question 34.

30

1      Question 30:  Did Plaintiff and Defendants, by words and
2  conduct, agree that the amount stated in the account was the
3  correct amount owed to Plaintiff for the purchase of seed?

5          Yes_____              No__X__

20      If your answer to Question 30 is yes, then answer Question
21  31.  If your answer to Question 30 is no, answer Question 34.

31

1     Question 31:   Did Defendants, by words or conduct, promise
2  to pay the stated amount to Plaintiff?

4                Yes_____                No_____

20     If your answer to Question 31 is yes, then answer Question
21  32.   If your answer to Question 31 is no, answer Question 34.

32

1    Question 32:   Did Defendants pay Plaintiff all the amounts
2    owed under this account stated?

4              Yes_____              No_____

20    If your answer to Question 32 is yes, then answer Question
21    33.  If your answer to Question 32 is no, answer Question 34.

33

1        Question 33:   What is the amount of Plaintiff's damages for
2   any account stated?

4                    $_____

20       Answer Question 34.

1 | <u>Goods and Services Rendered</u>

2      Question 34:  Did Defendants request by words or conduct,
3 that Plaintiff provide goods, cotton seed, for the benefit of
4 Defendants?

6          Yes  X                No____

20      If your answer to Question 34 is yes, then answer Question
21 35.  If your answer to Question 34 is no, answer Question 38.

35

Question 35:   Did Plaintiff provide the goods as requested by Defendants?

Yes  X                    No_____

If your answer to Question 35 is yes, then answer Question 36.  If your answer to Question 35 is no, answer Question 38.

36

1       Question 36:   Have Defendants not paid Plaintiff for goods

2  sold and delivered?

3

4              Yes____✕____          No____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20     If your answer to Question 36 is yes, answer Question 37.

21  If your answer to Question 36 is no, answer Question 38.

22

23

24

25

26

27

28

37

1    Question 37:  What is the reasonable value of the goods

2  provided to Defendants?

$   _29,100.00_

20    Answer Question 38.

38

Offset

Question 38:  Did Plaintiff and Defendants have an ongoing arrangement by which Defendants provided Plaintiff land for Plaintiff's nursery in exchange for unapproved or experimental seed provided by Plaintiff?

Yes X          No_____

If your answer to Question 38 is yes, answer Question 39. If your answer to Question 38 is no, sign and return this verdict.

39

1        Question 39:   Did Defendants provide Plaintiff with land in
2    2003 and/or 2004 for the nursery free of charge?

4                Yes ___✗___              No_____

20        If your answer to Question 39 is yes, answer Question 40.
21    If your answer to Question 39 is no, sign and return this
22    verdict.

40

1        Question 40:   Did Defendants suffer a negative income impact

2   by providing lands to Plaintiff for his nursery in 2003 and/or

3   2004?

4

5                         Yes_____              No__X__

6

7                         Yes_____              No__X__

8

9

10

11

12

13

14

15

16

17

18

19

20

21        If your answer to Question 40 is yes, answer Question 41.

22   If you answered no, sign and return this verdict.

23

24

25

26

27

28

                                 41

1    Question 41:  Was any seed provided by Plaintiff to
2  Defendants in 2003 and/or 2004 unapproved or experimental seed?
3
4              Yes_____            No_____
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20    If your answer to Question 41 is yes, answer Question 42.
21  If your answer to Question 41 is no, sign and return the verdict.
22
23
24
25
26
27
28

42

1       Question 42:   By what amount should Plaintiff's damages for
2 any seed sold by Plaintiff to Defendants in 2003 or 2004 be
3 reduced due to the negative income to Defendants in providing
4 land to Plaintiff for his nursery in 2003 and 2004?

5

6                     $_____$

7

8

9

10

11

12

13

14

15

16

17

18

19

20       Sign and return this verdict.

21

22

23

24

25

26

27

28

43

1      We the jury in the above-entitled case have rendered the
2  following unanimous verdicts on each of the questions submitted
3  to us as reflected on this Verdict form.
4
5  DATED:   April  7  , 2008.
6
7                                    _____
                                             Foreperson
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    44