1  René Lastreto, II, #100993
   Scott J. Ivy, #197681
2  Mark A. Vogt, #240949
   Lang, Richert & Patch
3  Post Office Box 40012
   Fresno, California 93755-0012
4  (559) 228-6700 Phone
   (559) 228-6727 Fax
5  G:\docs\ATimken\Orders To Be Signed\06cv653.d.o.mtninlimine.wpd:rp

6  Attorneys for Defendants ERROTABERE RANCHES, a California partnership; DANIEL D.
       ERROTABERE; an individual; JEAN ERROTABERE, an individual

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10                            FRESNO DIVISION

11 | JAMES M. OLVEY,                        | Case No.:  1:06-CV-00653-OWW-SMS
12 |         Plaintiff,                     | **ORDER REGARDING DEFENDANTS MOTIONS IN LIMINE**
13 |                                        |
14 |     v.                                 |
15 | ERROTABERE RANCHES, a California        | **Date:**     March 27, 2008
   | partnership; DANIEL D. ERROTABERE; an  | **Time:**     9:00 a.m.
16 | individual; JEAN ERROTABERE, an        | **Court Rm:** 3
   | individual                             |
17 |         Defendants.                    |
18

19         The Motions in Limine filed by Defendants ERROTABERE RANCHES, DANIEL D.

20 ERROTABERE and JEAN ERROTABERE ("Defendants") came on for hearing on March 27, 2008

21 at 9:00 a.m. in Courtroom 3 of the Court, the Honorable Oliver W. Wanger presiding.  Appearing

22 on behalf of Defendants was Scott J. Ivy of Lang Richert & Patch.  Appearing on behalf of Plaintiff

23 JAMES M. OLVEY ("Plaintiff") was Kurt F. Vote of McCormick Barstow, et al.  The Court, after

24 having read and considered the pleadings filed in support of and in opposition to Defendants'

25 Motions in Limine, and having heard and considered the oral argument of counsel, make the

26 following Orders.

27 ///

28 ///

1 **Defendants' Motion in Limine No. 1:**

2       Upon consideration of the written and oral argument and the evidence presented, including

3 all reasonable inferences therefrom, and good cause appearing therefor, the Court ruled as follows:

4       P:103: DENIED

5       P:104: DENIED

6       P:105: GRANTED

7       P:106  DENIED

8       P:107  DENIED

9       P:108: DENIED

10      P:109: DENIED

11      P:110: GRANTED

12      P115:  DENIED

13      P118:  DENIED

14      P:130: GRANTED

15      P:131: GRANTED

16      P:132: Defendant withdrew objection.

17      P:133: DENIED without Prejudice.

18              "Plaintiff, and his counsel, and witnesses are prohibited from
19      testifying to, referring to, calling, commenting upon, marking, or
        introducing evidence regarding the following documents or categories
        of damages not produced in discovery (a) Plaintiff's claim for "rent"
20      damages in the amount of $34,000 (Pre-Trial Order page 11 line 27
        through page 12 line 3), and (b) Plaintiff's Proposed Exhibits Nos.
21      105, 110, 130, 131.  The exhibits are hereby withdrawn and will not
        be included in the Exhibit Book provided to the jury."
22

23 **Defendants Motion in Limine No. 2:**

24      Upon consideration of the written and oral argument and the evidence presented, including

25 all reasonable inferences therefrom, and good cause appearing therefor, Defendants' Motion in

26 Limine No.2 is GRANTED IN PART as follows:

27      "Plaintiff, and his counsel, and witnesses are prohibited from testifying to, referring to,

28 calling, commenting upon, marking, or introducing evidence regarding any communications between

---

the parties concerning the payment of rent by Defendants for the Olvey Property which occurred after June 24, 2005, which exclusion includes Defendants' June 24, 2005 letter.

**Defendants Motion in Limine No. 2:**

Upon consideration of the written and oral argument and the evidence presented, including all reasonable inferences therefrom, and good cause appearing therefor, the Court DENIED the Motion without Prejudice.

**Defendants Motion in Limine No. 3:**

Upon consideration of the written and oral argument and the evidence presented, including all reasonable inferences therefrom, and good cause appearing therefor, the Court DENIED the Motion without Prejudice.

**Defendants Motion in Limine No. 5:**

Upon consideration of the written and oral argument and the evidence presented, including all reasonable inferences therefrom, and good cause appearing therefor, the Court DENIED the Motion without Prejudice.

**Defendants Motion in Limine No. 6:**

Upon consideration of the written and oral argument and the evidence presented, including all reasonable inferences therefrom, and good cause appearing therefor, the Court DENIED the Motion without Prejudice.

**Defendants Motion in Limine No. 7:**

Upon consideration of the written and oral argument and the evidence presented, including all reasonable inferences therefrom, and good cause appearing therefor, Defendants' Motion in Limine No. 7 for the following exclusionary ruling:

> "Plaintiff is prohibited from receiving an inference and/or presumption related to Defendants' alleged negligence under the doctrine of Res Ipsa Loquitar and no jury instruction can be given related thereto."

is hereby GRANTED.

1  **Defendants Motion in Limine No. 8:**

2          Upon consideration of the written and oral argument and the evidence presented, including

3  all reasonable inferences therefrom, and good cause appearing therefor, the Court DENIED the

4  Motion without Prejudice.

5

6  IT IS SO ORDERED:

7

8  Dated: April 1, 2008                    /s/ OLIVER W. WANGER
                                            THE HONORABLE OLIVER W. WAGNER.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28