(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JAMES M. OLVEY, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE, an individual; JEAN ERROTABERE, an individual,<br><br>　　　　　Defendants. | Case No.  1:06-CV-00653-OWW SMS<br><br>**AMENDED PARTIAL JUDGMENT** |

　　　　　This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdicts.  A true and correct copy of the jury's verdicts are attached hereto as Exhibit "A" and incorporated herein by reference.

　　　　　IT IS HEREBY ORDERED AND ADJUDGED Plaintiff shall recover from Defendants Errotabere Ranches, a California partnership; Daniel D. Errotabere, an individual; and Jean Errotabere, an individual, and each of them, the following:

　　　　　1.　　Damages in the principal sum of $53,125.00;

　　　　　2.　　Costs of suit in the amount of $3,118.13, as taxed by the Court Clerk via correspondence dated June 5, 2008;

JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com

3. Pre-judgment interest in the amount of $6,454.98 on the land rent claim, as ordered by the Court on June 17, 2008; and

4. Pre-judgment interest in the amount of $9,755.28 on the OA-249 seed claim, as ordered by the Court on June 17, 2008.

The total Judgment hereby awarded to Plaintiff is $72,453.39 ($53,125.00 + $3,118.13 + $6,454.98 + $9,755.28 = $72,453.39).

Pursuant to the Court's order of June 17, 2008, interest on the Judgment of $72,453.39 shall accrue at the rate of 1.63% per annum from April 7, 2008, until paid in full.

Dated: June 23, 2008

/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
Judge of the United States District Court

1238843.v1

PDF created with pdfFactory trial version www.pdffactory.com