1  Kurt F. Vote, # 160496                                    (SPACE BELOW FOR FILING STAMP ONLY)
   McCORMICK, BARSTOW, SHEPPARD
2    WAYTE & CARRUTH LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:   (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Plaintiff
6  JAMES M. OLVEY

7

8                         UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | JAMES M. OLVEY, an individual,            | Case No.  1:06-CV-00653-OWW
12 |         Plaintiff,                         | **STIPULATION AND ORDER TO MOVE HEARING DATE**
13 |    v.                                      |
14 | ERROTABERE RANCHES, a California           |
   | partnership; DANIEL D. ERROTABERE,         |
15 | an individual; JEAN ERROTABERE, an         |
   | individual,                                |
16 |                                            |
   |         Defendants.                        |
17

18           THE PARTIES TO THIS CASE HEREBY STIPULATE AS FOLLOWS:
19           1.      That the Settlement Conference currently set for September 26, 2008, at
20 12:00 p.m. in Courtroom 3 should be continued to November 14, 2008, at 12:00 p.m. in
21 Courtroom 3.
22           IT IS SO STIPULATED.
23 ///
24 ///
25 ///
26 ///
27 ///
28

STIPULATION AND ORDER TO MOVE HEARING DATE

PDF created with pdfFactory trial version www.pdffactory.com

Dated: September 24, 2008          McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP


                                   By:           /s/
                                        Kurt F. Vote
                                        William Littlewood
                                        Attorneys for Plaintiff

Dated: September 24, 2008

                                   LANG, RICHERT & PATCH


                                   By:           /s/
                                        Scott Ivy
                                        Attorneys for Defendants


## **ORDER**

Good cause appearing, IT IS ORDERED as stipulated above.

Dated:  September 25, 2008

                                   /s/ OLIVER W. WANGER
                                   JUDGE OLIVER W. WANGER

1277112.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION AND ORDER TO MOVE HEARING DATE

PDF created with pdfFactory trial version www.pdffactory.com