IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES M. OLVEY, | ) | No. CV-F-06-653 OWW/SMS |
| | ) | |
| | ) | MEMORANDUM DECISION AND |
| | ) | ORDER DENYING PLAINTIFF'S |
| Plaintiff, | ) | MOTION TO DISMISS NINTH |
| | ) | CLAIM FOR RELIEF (Doc. 146) |
| vs. | ) | WITHOUT PREJUDICE |
| | ) | |
| | ) | |
| ERROTOBERE RANCHES, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff's motion to dismiss the Ninth Claim for Relief in Plaintiff's Complaint is DENIED WITHOUT PREJUDICE for administrative reasons. If the case is not settled pursuant to ongoing settlement discussions, Plaintiff may re-notice the motion in accordance with the Court's law and motion practice.

IT IS SO ORDERED.

Dated:  March 17, 2009          /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

1