1  René Lastreto, II, #100993
   Scott J. Ivy, #197681
2  Christy M. Thornton, #247307
   Lang, Richert & Patch
3  Post Office Box 40012
   Fresno, California 93755-0012
4  (559) 228-6700 Phone
   (559) 228-6727 Fax
5  K:\OWW\To_Be_Signed\06cv653.osc.re.appr.&settl.wpd:rp

6  Attorneys for Defendants ERROTABERE RANCHES, a California partnership; DANIEL D.
       ERROTABERE; an individual; JEAN ERROTABERE, an individual
7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                 FRESNO DIVISION

11 | JAMES M. OLVEY,                          | Case No.:  1:06-CV-00653-OWW-SMS
12 |         Plaintiff,                       | **ORDER TO APPEAR AND ORDER TO SHOW CAUSE REGARDING APPEARANCE AT STATUS CONFERENCE AND COMPLETION OF SETTLEMENT**
13 |
14 |         v.                               |
15 | ERROTABERE RANCHES, a California         | Date:   October 5, 2009
   | partnership; DANIEL D. ERROTABERE; an    | Time:   11:00 a.m.
16 | individual; JEAN ERROTABERE, an          | Courtroom: 3
   | individual                               |
17 |         Defendants.                      |

18

19     On September 21, 2009, at 10:00 a.m. in Courtroom 3 of the above-entitled court, The

20 Honorable Oliver W. Wanger presiding, a Status Conference re settlement was held in this matter.

21 Scott J. Ivy appeared on behalf of Defendants.  No appearances were made on behalf of Plaintiff

22 James Olvey, nor was any explanation provided for plaintiff's lack of reponse.  At theconclusion of

23 the hearing, the Court made the following Orders

24

25     1.    Plaintiff James Olvey is HEREBY ORDERED to personally appear in Department

26           3 on October 5, 2009 at 11:00 a.m.

27

28     2.    The Court also issued an ORDER TO SHOW CAUSE for October 5, 2009 at 11:00

Order to Appear and Order to Show Cause

a.m. as to why the Court should not Order the settlement previously reached and memorialized on February 5, 2009 be consummated, and why appropriate sanctions should not be imposed upon Plaintiff.

3. The Court also ORDERED Defendants' attorney to serve notice of these Orders to Plaintiff James Olvey, with a courtesy copy to Plaintiff's former attorney Kurt F. Vote.

IT IS SO ORDERED.

Dated:   September 21, 2009                          /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE