René Lastreto, II, #100993
Scott J. Ivy, #197681
Christy M. Thornton, #247307
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

Attorneys for Defendants ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES M. OLVEY,<br><br>   Plaintiff,<br><br>   v.<br><br>ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual<br><br>   Defendants. | Case No.:  1:06-CV-00653-OWW-SMS<br><br>**ORDER REGARDING COMPLETION OF SETTLEMENT**<br><br>Date:  October 5, 2009<br>Time:  11:00 a.m.<br>Courtroom: 3 |

On October 5, 2009, at 10:00 a.m. in Courtroom 3 of the above-entitled court, The Honorable Oliver W. Wanger presiding, an Order to Show Cause why the prior settlement should not be consummated and sanctions issued was heard. Scott J. Ivy appeared on behalf of Defendants. Plaintiff James M. Olvey personally appeared pro se.

At the conclusion of the hearing, the Court made the following Orders

1. Plaintiff James Olvey is HEREBY ORDERED to complete and record the lot line adjustment referenced in the parties' written settlement agreement by 5:00 p.m. on October 7, 2009. The recorded lot line adjustment is to be served on Defendants' counsel via facsimile by 5:00 p.m. on October 7, 2009;

2. Upon receipt of the recorded lot line adjustment, and no later than October 8, 2009, Defendant is HEREBY ORDERED to commence work on the relocation of the road on the South portion of Plaintiff's property referenced in the parties' written settlement agreement, which must be completed by no later than October 18, 2009.

3. Except as Ordered above, all other deadlines set forth in the parties' written settlement agreement shall remain the same.

IT IS SO ORDERED:


Dated: October 6, 2009                     /s/ OLIVER W. WANGER
                                           THE HONORABLE OLIVER W. WANGER