UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES OLVEY, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERROTABERE RANCHES, a California ) <br> partnership, DANIEL D. ) <br> ERROTABERE, an individual, and ) <br> JEAN ERROTABERE, an individual, ) <br> ) <br> Defendants. ) <br> ) <br>_____ ) | 1:06-cv-0653 OWW SMS <br><br> ORDER TO SHOW CAUSE WHY SETTLEMENT HAS NOT BEEN CONCLUDED |

The Order to Show Cause re Dismissal for Lack of Prosecution came on regularly for hearing on September 13, 2010.

Plaintiff, in pro se, appeared.  There was no appearance for Defendants.

Plaintiff advised that the lot line adjustment has been recorded and approved by the County of Fresno.

Plaintiff further reported that a bent pipe and related improvement needs to be completed by Defendants.

The parties shall _jointly_ report that the settlement has been concluded or shall appear and show cause why the settlement has not been concluded on October 18, 2010, at the hour of 11:30

1

a.m. in Courtroom 3.

IT IS SO ORDERED.

Dated: September 14, 2010                 /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE