René Lastreto, II, #100993
Scott J. Ivy, #197681
Christy M. Thornton, #247307
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
C:\WINDOWS\Temp\notes101AA1\~3854977.wpd:rp

Attorneys for Defendants ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| JAMES M. OLVEY, | Case No.:  1:06-CV-00653-OWW-SMS |
| Plaintiff, | **ORDER REGARDING SATISFACTION OF SETTLEMENT CONDITIONS AND DISMISSAL OF REMAINING PENDING CLAIMS** |
| v. | |
| ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual | Date:   November 8, 2010<br>Time:   11:45 a.m.<br>Courtroom: 3 |
| Defendants. | |

On November 8, 2010, at 11:45 a.m. in Courtroom 3 of the above-entitled court, The Honorable Oliver W. Wanger presiding, a status conference regarding completion of settlement terms was held. Scott J. Ivy appeared on behalf of Defendants. Ted Frame appeared telephonically and on behalf of non-party Linda Vista Farms. Plaintiff James M. Olvey personally appeared pro se.

At the conclusion of the hearing, the Court made the following Orders:

1. The Court finds that all settlement conditions set forth in the parties Settlement Agreement have been satisfied, other than a dispute over Section 2E relating solely to the width of the road constructed;

///

2. Upon filing with the Court of proof of payment by the Errotaberes of the sums called for in Section 21 of the parties' Settlement Agreement, all remaining pending claims identified in the complaint filed by Mr. Olvey shall be dismissed with prejudice. Nothing herein shall affect the validity and enforceability of the Settlement Agreement and Release between James M. Olvey and Errotabere Ranches, a California Partnership, Daniel D. Errotabere, Jean Errotabere data February 5, 2009 (the "Settlement Agreement") or any orders previously entered relating to such Settlement Agreement.

3. The dismissal of the underlying lawsuit shall not affect or prejudice Mr. Olvey's right to assert any claim he may have for a breach of the Settlement Agreement, including, but not limited to, the alleged breach of Section 2E of the Settlement Agreement with respect to the width of the road. The Court specifically retains jurisdiction of this matter in aid of the enforcement of its prior orders relating to the settlement of this dispute for the purpose of addressing any claim by Mr. Olvey alleging a breach of the Settlement Agreement. Any such claim shall be filed by Mr. Olvey under the above referenced case number directly to Department 3 of the above referenced Court.

Dated: November 19, 2010  IN PRO SE

By: /s/ JAMES M. OLVEY
James M. Olvey
Plaintiff

Dated: November 19, 2010  LANG, RICHERT & PATCH, P.C.

By: /s/ SCOTT J. IVY
Scott J. Ivy
Attorney for Defendants ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual

IT IS SO ORDERED:

Dated: November 19, 2010   /s/ OLIVER W. WANGER
United States District Judge