René Lastreto, II, #100993
Scott J. Ivy, #197681
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

G:\docs\RGaumnitz\Orders to be signed\06cv653.Order Re Decision.wpd:rp

Attorneys for Defendants ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES M. OLVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ERROTABERE RANCHES, a California partnership; DANIEL D. ERROTABERE; an individual; JEAN ERROTABERE, an individual<br><br>    Defendants. | Case No.    1:06-CV-00653-OWW-SMS<br><br>**ORDER RE MEMORANDUM DECISION AND ORDER RE PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

On March 14, 2010, at 10:00 a.m. in Courtroom 3 of the above-entitled court, The Honorable Oliver W. Wanger presiding, the motion of Plaintiff JAMES OLVEY ("Plaintiff") to enforce settlement agreement, was heard. Attorney Scott J. Ivy appeared on behalf of Defendants. Other appearances are as set forth in the record.

After taking the matter under submission, and upon consideration of the written and oral argument and the evidence presented, including all reasonable inferences therefrom, and good cause appearing therefor, as set forth in this Court's Memorandum of Decision dated March 16, 2011 (a true and correct copy of which is attached hereto as Exhibit "A."):

///

///

1 | Plaintiff's motion to enforce settlement agreement is hereby DENIED, subject to the Road
2 measurement condition specified in the Court's Memorandum of Decision.

4 IT IS SO ORDERED:

6 Dated: April 22, 2011           /s/ OLIVER W. WANGER
                                  UNITED STATES DISTRICT COURT JUDGE